UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH DEROSA,
Plaintiff,

-against-

SAMSUNG ELECTRONICS AMERICA, INC. ET AL,
Defendants.

25-CV-5099 (MKV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff seeks disclosure of documents relating to Defendants' investigation into Plaintiff's complaints of discrimination, on the basis that any privileges or protections of those documents were waived when Defendants put the investigation at issue by, among other acts, citing to the investigative report in its EEOC position statement, quoting witnesses who were interviewed, and raising a Farragher-Ellerth defense. (ECF 44 at 1.) Defendants respond that they did not waive privilege by referring to the investigation and its factual conclusions in its submission to the EEOC; Defendants also argue that they do not intend to rely on the investigation in connection with their Farragher-Ellerth defense, and therefore that their assertion of the defense does not waive privileges covering documents relating to the investigation. I have reviewed Defendants' EEOC position statement, which is filed on the docket under seal. (ECF 44, Ex. B.) I conclude that the report contains legal conclusions about the significance or not of Plaintiff's behavior, so that the document is not, as Defendants maintain, limited to factual conclusions. Plaintiff should have the opportunity to test those conclusions by reviewing the report itself and the documents cited in the report. Requiring production of all documents relating to the investigation would exceed Defendants' reliance on

the investigation and would be disproportionate to the needs of the case, particularly since many such documents will contain legal advice. Accordingly, Defendants are ORDERED to produce the full investigative report and all documents cited in the report.

DATED: July 17, 2026
New York, NY

SO ORDERED.

______________________________

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**