UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH DEROSA,
Plaintiff,

-against-

SAMSUNG ELECTRONICS AMERICA, INC. ET AL,
Defendants.

25-CV-5099 (MKV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on August 28, 2026:

1. Defendants shall review the documents on Plaintiff's performance from the four identified custodians and produce non-privileged responsive documents.
2. Defendants need not collect documents from additional custodians.
3. Plaintiff may question Mr. Ojert about documents about (a) Plaintiff's participation in the 5GTF and SNAP deals and (b) the decision to layoff Plaintiff; Plaintiff may seek post-deposition discovery if appropriate.
4. If the nominating document at SEA1710-11 is not from 2023, Defendants shall search for the early 2023 nominating document and produce it if located.
5. By **September 4, 2026**, Defendants shall file a letter on the docket indicating whether Defendants have the ability to make Mr. Choi available for deposition.

DATED: August 28, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**