VRC | VLADECK RASKIN CLARK P.C.

Emily Bass
(212) 403-7307
ebass@vladeck.com

September 15, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 9/15/2026

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: DeRosa v. Samsung Electronics America, Inc. et al., Case No. 25-cv-05099 (MKV)(RFT)

Dear Judge Vyskocil:

We represent Plaintiff Joseph DeRosa ("DeRosa") in the above-referenced action against Defendants Samsung Electronics America, Inc. and Samsung Electronics Co, LTD (collectively, "Defendants"). Pursuant to Your Honor's Individual Rule 2(G)., we write jointly with Defendants respectfully to request a 21-day stay of all deadlines in this case, including a stay of tomorrow's conference before Magistrate Judge Tarnofsky. (Dkt. 71)

The reason for this request is that the parties recently discussed a potential resolution of this matter and jointly request a stay to facilitate those discussions. In particular, the parties anticipate that avoiding the additional time and expense of conducting between three and four additional depositions within the next two weeks will enable the parties to have productive settlement negotiations.[1]

This is the parties' first request for a stay of all discovery deadlines. The parties previously requested three extensions of the fact discovery deadline, which were granted.

Respectfully submitted,

Emily Bass

[1] By way of background, the parties have made significant progress towards the completion of fact discovery. The parties have already conducted three depositions (including Plaintiff's); both parties have substantially completed their document productions; and the parties have worked to resolve outstanding discovery disputes. In addition, the parties have three confirmed depositions of Defendants' witnesses that are currently planned to be conducted in advance of the fact discovery deadline of September 29, 2026. (Dkt. 62) There is also an outstanding dispute concerning Plaintiff's noticed deposition for KS Choi, which the parties expect to be addressed at tomorrow's conference. (Dkt. 71)

**Granted. SO ORDERED.**

The Parties shall file a joint status letter advising the Court of the status, but not substance, of settlement negotiations on or before October 6, 2026.

Date: 9/15/2026
New York, New York

Mary Kay Vyskocil
United States District Judge